JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALLISON V. PITTS, | ) | NO. CV 12-10402-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN HOSHINO, etc., et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 16, 2013.

*/s/ S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE